IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GLOBAL POWER EQUIPMENT GROUP INC., *et al.*, | ) ) ) | Case No. 06-11045 |
| | ) | Jointly Administered |
| Debtors. | ) ) | |

## NOTICE OF APPEAL

Mitsubishi Power Systems Americas, Inc. ("MPS"), a creditor of Debtor, Deltak, LLC ("Debtor" or "Deltak"), appeals under 28 U.S.C. § 158(a) from the ruling of the bankruptcy judge with respect to the Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363 and 365 For an Order Authorizing Debtors to (I) Wind Down Operations of the Heat Recovery Steam Generation Business Segment Operated By the Deltak Debtors, (II) Reject Certain Executory Contracts in Connection Therewith, and (III) Implement Procedures for the Orderly Completion of Work in Progress [Docket No. 12] and MPS' Corrected Limited Opposition By Mitsubishi Power Systems Americas, Inc., To Debtors' Motion to Reject Certain Executory Contract [Docket No. 159] rendered in open court on November 6, 2006.

The names of all parties to the judgment, order, or decree appealed from and the names, address, and telephone numbers of their respective attorneys are as follows:

- 2 -

**Debtor:**

Jeffrey M. Schlerf
Eric M. Sutty
Mary E. Augustine
The Bayard Firm
222 Delaware 19801

Thomas E. Lauria
Gerard Uzzi
Matthew C. Brown
White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard, 49th Floor
Miami, Florida 33131

**Official Committee of Unsecured Creditors:**

Adam G. Landis
Kerri K. Mumford
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Post Office Box 2087
Wilmington, Delaware 19899

Jeffrey S. Sabin
Adam C. Harris
David M. Hillman
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022

**U.S. Trustee:**

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

**Cormetech, Inc.:**

Ian Connor Bifferato
Chad J. Toms
1308 Delaware Avenue
Wilmington, Delaware 19899

Gregory J. Mascitti
Nixon Peabody LLP
1300 Clinton Square
Rochester, NY 14604

Dated: November 7, 2006
       Wilmington, Delaware

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ Marc J. Phillips*

Marc J. Phillips (No. 4445)
The Nemours Building
1007 North Orange Street
Wilmington, Delaware 19801
(302) 658-9141

-and-

Filiberto Agusti
Joshua R. Taylor
Steptoe & Johnson LLP
1330 Connecticut Ave, NW
Washington, D.C. 20036
(202) 429-3000 (telephone)
(202) 261-0658 (facsimile)
Counsel for Mitsubishi Power Systems Americas, Inc.

#498426v1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 7th day of November, 2006, I caused a true and correct copy of the Notice of Appeal to be served in the manner as indicated upon the following counsel.

**BY HAND DELIVERY**

The Honorable Brendan L. Shannon
824 Market Street
6th Floor
Wilmington, DE 19801

Jeffrey M. Schlerf, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Adam G. Landis, Esq.
Kerri K. Mumford, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

Stuart M. Brown, Esq.
William E. Chipman, Jr., Esq.
Edwards Angell Palmer & Dodge LLP
919 North Market Street
Wilmington, DE 19801

Joseph McMahon, Esq.
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801

**BY TELEFAX AND U.S. MAIL**

Matthew C. Brown, Esq.
White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard, 49th Floor
Miami, FL 33131

Howard L. Siegel, Esq.
Brown Rudnick Berlack Israels LLP
City Place I
185 Asylum Street
Hartford, CT 06103

Steven D. Pohl, Esq.
John C. Elstad, Esq.
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111

Thomas S. Kiriakos, Esq.
Matthew Wargin, Esq.
Mayer, Brown, Rowe & Maw LLP
71 South Wacker
Chicago, IL 60606-4637

Edward S. Weisfelner, Esq.
Brown Rudnick Berlack Israels LLP
7 Times Square
New York, NY 10036

Jeffrey S. Sabin, Esq.
David M. Hillman, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 1022

_/s/ Marc J. Phillips_
Marc J. Phillips

498384

# File an Appeal:

<u>06-11045-BLS Global Power Equipment Group Inc.</u>

Type: bk  
Judge: BLS  

Chapter: 11 v  
Assets: y  

Office: 1 (Delaware)  
Case Flag: MEGA, PlnDue, DsclsDue, LEAD, CLMSAGNT  

## U.S. Bankruptcy Court

## District of Delaware

Notice of Electronic Filing

The following transaction was received from Phillips, Marc J. entered on 11/7/2006 at 3:16 PM EST and filed on 11/7/2006  
**Case Name:**           Global Power Equipment Group Inc.  
**Case Number:**        <u>06-11045-BLS</u>  
**Document Number:** <u>270</u>

**Docket Text:**  
Notice of Appeal *Related to Docket Nos. [12] and [159] Regarding Ruling Rendered in Open Court of November 6, 2006*. Fee Amount $255. (related document(s)[195] ) Filed by Mitsubishi Power Systems Americas, Inc.. Appellant Designation due by 11/17/2006. (Attachments: # (1) Certificate of Service) (Phillips, Marc)

The following document(s) are associated with this transaction:

**Document description:** Main Document  
**Original filename:** C:\Documents and Settings\mew\Desktop\1463301 Notice of Appeal.pdf  
**Electronic document Stamp:**  
[STAMP bkecfStamp_ID=983460418 [Date=11/7/2006] [FileNumber=5291904-0]  
[0cb65693f8c88f5d1a1c65e042a286cbe68f7c7605a0b02091bdaa98ec1a983cc616  
ecf0d1ad92cdbda3ac508053a6d381930966c720ea07ec31866ea3ace5c6]]  
**Document description:** Certificate of Service  
**Original filename:** C:\Documents and Settings\mew\Desktop\1463301 Certificate of Service NOA.pdf  
**Electronic document Stamp:**  
[STAMP bkecfStamp_ID=983460418 [Date=11/7/2006] [FileNumber=5291904-1]  
[6981f9c1214a1935a88d4096617cd2712cd6da134a51712e41ec043f12a753ed899d  
ac23c54ddbd9f7e48729620e294cff2aaaef59d64a8f19344275029d759d]]

**06-11045-BLS Notice will be electronically mailed to:**

Mary E. Augustine    bankserve@bayardfirm.com, maugustine@bayardfirm.com;tmatthews@bayardfirm.com

Sarah Beckett Boehm    sboehm@mcguirewoods.com, dfoley@mcguirewoods.com

John Y. Bonds    jbonds@shannongracey.com

Charles J. Brown    cbrown@harvpenn.com

Matthew C. Brown    mbrown@whitecase.com

Catherine M. Campbell    ccampbell@fczlaw.com

William E. Chipman    wchipman@eapdlaw.com

Tobey M. Daluz    daluzt@ballardspahr.com

John D. Demmy    jdd@stevenslee.com

Mark E. Felger    mfelger@cozen.com, jschwartz@cozen.com

David B. Galle    dgalle@oppenheimer.com

Joseph H. Huston Jr.    jhh@stevenslee.com

James H. Joseph    jjoseph@mcguirewoods.com

Ivan Lerer Kallick    ikallick@manatt.com

Adam G. Landis    landis@lrclaw.com

Kathleen M. Miller    kmiller@skfdelaware.com, tlc@skfdelaware.com

Stephen M. Miller    smiller@morrisjames.com

Sheryl L. Moreau    deecf@dor.mo.gov

Kerri K Mumford    mumford@lrclaw.com, girello@lrclaw.com;adams@lrclaw.com

Marc J. Phillips    mphillips@cblh.com

Malka S. Resnicoff    mresnicoff@whitecase.com

Kathryn D. Sallie    bankserve@bayardfirm.com, ksallie@bayardfirm.com

Jeffrey M. Schlerf    bankserve@bayardfirm.com, jschlerf@bayardfirm.com

Jeffrey M. Schlerf    bankserve@bayardfirm.com, jschlerf@bayardfirm.com

William H. Schwarzschild, III    tschwarz@williamsmullen.com

William David Sullivan    ECF@williamdsullivanllc.com

Eric Michael Sutty    bankserve@bayardfirm.com, esutty@bayardfirm.com

Andrew Vance Tenzer    atenzer@shearman.com, jikja.chung@shearman.com;sspevak@shearman.com

Christina Maycen Thompson    cthompson@cblhlaw.com

Chad Joseph Toms    cjt@bgbblaw.com

United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV

**06-11045-BLS Notice will not be electronically mailed to:**

BNSF Railway Company
Attn: Angela Chilcutt
2400 Western Center Blvd.
Fort Worth, TX 76131

CWY Credit Bankruptcy Department
Con-Way Freight
5555 Rufe Snow Drive
Suite 5515
North Richland Hills, TX 76180

Certain Equity Security Holders
,

Conner & Winters
,

FPL Energy Seabrook LLC
,

HILCO Receivables LLC Assignee of Popular Club by eCAST Settlement Corporation as its agent
POB 35480
Newark, NJ 07193-5480

Philip J. Kochman
Kochman, Donati & Charbonnet, L.L.P.
12012 Wickchester
Suite 310
Houston, TX 77079

Lydall Filtration/Separation, Inc.
PO Box 1960
134 Chestnut Hill Rd
Rochester, NH 03867

Office of Unemployment Compensation Tax Services, Department of Labor and Industry,
Commonwealth of Pennsylvania
1171 S. Cameron St., Rm 312
Harrisburg, PA 17104-2513

Glenn M. Reisman
Two Corporate Drive
P.O. Box 861

Shelton, CT 06484-0861

Stolper W. Stolper
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison, WI 53701-1784

The Bayard Firm

,

The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

Unifrax Corporation
2351 Whirlpool Street
Niagara Falls, NY 14305-2413

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS - (PETITIONERS/APPELLANTS)
MITSUBISHI POWER SYSTEMS AMERICAS, INC.

### DEFENDANTS (APPELLEES)
GLOBAL POWER EQUIPMENT GROUP, INC., ET AL.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
   (EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
   (IN U.S. PLAINTIFF CASES ONLY)

(c) ATTORNEYS (FIRM NAME, ADDRESS AND TELEPHONE NUMBER)
(SEE ATTACHED)

ATTORNEYS (IF KNOWN)
(SEE ATTACHED)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☒ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/CC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | ☐ 640 R.R. & Truck | PROPERTY RIGHTS | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/ Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 720 Labor Mgmt Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor Mgmt Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | HABEAS CORPUS: | ☐ 740 Labor Railway Act | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☒ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 540 Mandamus & Other | | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

EMERGENCY REQUEST FOR EXPEDITED CONSIDERATION OF APPEAL OF BANKRUPTCY COURT ORDER OF THE HONORABLE BRENDAN L. SHANNON OF NOVEMBER 6, 2006.

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23
DEMAND:
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE BLS   DOCKET NUMBER 06-11045 UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

DATE: 11/08/06

SIGNATURE OF ATTORNEY OF RECORD

Marc J. Phillips (No. 4445)

FOR OFFICE USE ONLY
RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

**ATTACHMENT TO CIVIL COVER SHEET**

Attorneys for Mitsubishi Power Systems Americas, Inc.
CONNOLLY BOVE LODGE & HUTZ LLP
Marc J. Phillips (No. 4445)
The Nemours Building
1007 North Orange Street
Wilmington, Delaware 19801
(302) 658-9141 (telephone)
(302) 658-0380 (facsimile)
mphillips@cblh.com

-and-

STEPTOE & JOHNSON LLP
Filiberto Agusti, Esq.
Joshua R. Taylor, Esq.
1330 Connecticut Ave, NW
Washington, D.C. 20036
(202) 429-3000 (telephone)
(202) 429-3902 (facsimile)
fagusti@steptoe.com
jrtaylor@steptoe.com


Attorneys for Global Power Equipment Group, Inc., *et al.*
THE BAYARD FIRM
Jeffrey M. Schlerf (No.3047)
Eric M. Sutty (No. 4007)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 4477
Wilmington, Delaware 19801
(302) 655-5000

-and-

WHITE & CASE LLP
Thomas E. Lauria, Esq.
John K. Cunningham, Esq.
Gerard Uzzi, Esq.
Matthew C. Brown, Esq.
Wachovia Financial Center
200 South Biscayne Boulevard, 49th Floor
Miami, Florida 33131
(305) 371-2700

#498318v1

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44

Authority For Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I. **(a) Plaintiffs – Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b) County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c) Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below: federal question actions take precedence over diversity cases.)

III. **Residence (citizenship) of Principal Parties.** This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C. Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

V. **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section IV above, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause.

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS-44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.