IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GLOBAL POWER EQUIPMENT GROUP INC., *et. al.*,<br><br>        Debtors. | Chapter 11<br><br>Case No. 06-11045<br><br>Jointly Administered |
| MITSUBISHI POWER SYSTEMS AMERICAS, INC.<br><br>        Appellant,<br>v.<br><br>DELTAK, LLC<br><br>        Appellee. | Civil Action No. _____ |

**AFFIDAVIT OF MARC J. PHILLIPS IN SUPPORT OF EMERGENCY MOTION FOR EXPEDITED ACTION ON THE APPEAL OF THE BANKRUPTCY COURT'S <u>NOVEMBER 6, 2006 ORDER</u>**

I, Marc J. Phillips, being duly sworn, say as follows:

    1. On or about September 29, 2006, Deltak, LLC ("Deltak") filed Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363 and 365 for an Order Authorizing Debtors to (I) Wind Down Operations of the Heat Recovery Steam Generation Business Segment Operated by the Deltak Debtors, (II) Reject Certain Executory Contracts in Connection Therewith, and (III) Implement Procedures for the Orderly Completion of Work in Progress [Docket No. 12] (the "Rejection Motion").

    2. Pursuant to the Rejection Motion, Deltak, sought to reject certain executory contracts related to its Heat Recovery Steam Generation business including a Purchase Agreement for Heat Recovery Steam Generator and Auxillaries for the Port Westward

Generating Facility by and between MPS and Deltak (the "Port Westward HRSG Contract").

    3. The Rejection Motion was scheduled for hearing on October 26, 2006.

    4. On or about October 24, 2006, the Corrected Limited Opposition of Mitsubishi Power Systems Americas, Inc. to Debtor's Motion to Reject Certain Executory Contracts (the "Limited Opposition") was filed by MPS.[1]

    5. On or about October 25, 2006, Deltak sought to continue the hearing until November 6, 2006.

    6. MPS objected to a continuance of the hearing.

    7. On October 26, 2006, the Bankruptcy Court continued the hearing on the Rejection Motion and the Limited Opposition to November 1, 2006.

    8. On November 1, 2006, the Bankruptcy Court conducted a hearing on the Rejection Motion and Limited Opposition.

    9. At the hearing, MPS presented evidence that:

        a. the Catalysts to be supplied under the Port Westward HRSG Contract were completed and ready to be shipped by Deltak's subcontractor

        b. the Catalysts were specialized for the Port Westward Contract

        c. there was no other use for the Catalysts

        d. massive damages would be incurred by MPS if the Catalysts were not delivered to MPS by December 15, 2006.

        e. Packing and delivering the Catalysts would take up to three weeks.

---

[1] On October 23, 2006, MPS filed its Limited Opposition of Mitsubishi Power Systems Americas, Inc. to Debtor's Motion to Reject Certain Executory Contracts, however to correct some formatting errors which occurred during the filing process, on October 24, 2006 MPS filed the corrected Limited Opposition.

10. On November 6, 2006, Judge Shannon gave an oral opinion in open court. Judge Shannon found:

    a. The Catalysts were specialized for this particular project.

    b. There was no secondary market for the Catalysts

    c. The Catalysts had value only to MPS

    d. MPS would incur massive damages if the Catalysts were not delivered by December 15, 2006.

11. Having made those findings, Judge Shannon ordered that the Port Westward HRSG Contract would be rejected *nunc pro tunc* to the filing date of the Rejection Motion. However, despite finding that MPS would face massive damages without relief, Judge Shannon denied MPS' request that Deltak be required to assign the subcontracts related to the Catalysts to MPS.

12. As the bankruptcy court found, if relief is not granted to MPS such that the Catalysts are delivered by December 15, 2006, MPS will face massive damages.

13. MPS seeks expedited appeal in order so that it will have an opportunity to mitigate those massive damages.

Further the affiant sayeth not.

I declare under penalty of perjury that the foregoing is true and correct.

                                                  Marc J. Phillips

SWORN AND SUBSCRIBED TO
BEFORE ME this ___ day of
November, 2006.

_____
Notary Public
#498682v1

- 3 -