# THE BAYARD FIRM
A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395
WRITER'S DIRECT ACCESS
(302) 429-4237

November 9, 2006

VIA HAND DELIVERY
Clerk of the Court
Attn: Monica Mosley, Deputy Clerk
United States District Court
844 North King Street, Room 4209
Lockbox 18
Wilmington, DE 19801

Re: In re Global Power Equipment Group Inc., *et al.*, Case No. 06-11045 (BLS); Mitsubishi Power Systems Americas, Inc. v. Deltak, LLC, C.A. No. 06-687 (UNA)

Dear Ms. Mosley:

Our firm and White & Case LLP represent the debtor Deltak, LLC ("Deltak"), appellee in the above referenced appeal (the "Appeal"), brought by appellant Mitsubishi Power Systems Americas, Inc. ("Mitsubishi"). A judge has not been assigned to the Appeal as of this time.

On November 8, 2006, Mitsubishi filed an Emergency Motion for Expedited Action on the Appeal of the Bankruptcy Court's November 6, 2006 Order (the "Emergency Motion"). Please be advised that Deltak opposes the relief sought in the Emergency Motion and intends to file a response within two (2) business days of a judge being assigned to the Appeal.

As always, we are available if the Court has any questions or concerns.

Respectfully submitted,

Eric M. Sutty

EMS/kw
cc: Marc J. Phillips, Esquire (via hand delivery)
    Filiberto Agusti, Esquire (via facsimile)
    Joshua Taylor, Esquire (via facsimile)

590913v1