IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| GLOBAL POWER EQUIPMENT GROUP ) | Case No. 06-11045 |
| INC., *et. al.*, ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |
| MITSUBISHI POWER SYSTEMS ) | |
| AMERICAS, INC. ) | |
| ) | |
| Appellant, ) | Civil Action No. 06-687 |
| v. ) | |
| ) | |
| DELTAK, LLC ) | |
| ) | |
| Appellee. ) | |

**NOTICE OF FILING OF MITSUBISHI POWER SYSTEMS AMERICAS, INC.'S STATEMENT OF ISSUES AND DESIGNATION OF CONTENTS OF RECORD ON APPEAL WITH BANKRUPTCY COURT**

PLEASE TAKE NOTICE that pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Mitsubishi Power Systems Americas, Inc. ("MPS" or "Appellant") has today filed the attached *Mitsubishi Power Systems Americas, Inc. Statement of Issues and Designation of Contents of Record on Appeal* ("Statement of Issues and Designation of Record") with the United Stated Bankruptcy Court for the District of Delaware in connection with the *Notice of Appeal* (D.I. 1) and the *Emergency Motion for Expedited Action on the Appeal of the Bankruptcy Court's November 6, 2006 Order* (D.I. 2).

PLEASE TAKE FURTHER NOTICE that a binder containing the documents identified in the Statement of Issues and Designation of Record is being provided to the Clerks' Office for

the United States District Court for the District of Delaware and the United States Bankruptcy Court for the District of Delaware.

Dated: November 9, 2006
      Wilmington, Delaware

CONNOLLY BOVE LODGE & HUTZ LLP

_____
Marc J. Phillips (No. 4445)
The Nemours Building
1007 North Orange Street
Wilmington, Delaware 19801
(302) 658-9141 (telephone)
(302) 658-0380 (facsimile)
mphillips@cblh.com

-and-

Filiberto Agusti
Joshua R. Taylor
Steptoe & Johnson LLP
1330 Connecticut Ave, NW
Washington, D.C. 20036
(202) 429-3000 (telephone)
(202) 429-3902 (facsimile)
fagusti@steptoe.com
jrtaylor@steptoe.com
Counsel for Mitsubishi Power Systems Americas, Inc.

#499072v1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 9th day of November, 2006, I caused a true and correct copy of the **Notice of Filing of Mitsubishi Power Systems Americas, Inc.'s Statement of Issues and Designation of Contents of Record on Appeal** to be served in the manner indicated upon the following counsel:

### BY HAND DELIVERY

Jeffrey M. Schlerf, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Adam G. Landis, Esq.
Kerri K. Mumford, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

Stuart M. Brown, Esq.
William E. Chipman, Jr., Esq.
Edwards Angell Palmer & Dodge LLP
919 North Market Street
Wilmington, DE 19801

Joseph McMahon, Esq.
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801

### BY TELEFAX AND U.S. MAIL

Matthew C. Brown, Esq.
White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard, 49th Floor
Miami, FL 33131

Howard L. Siegel, Esq.
Brown Rudnick Berlack Israels LLP
City Place I
185 Asylum Street
Hartford, CT 06103

Steven D. Pohl, Esq.
John C. Elstad, Esq.
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111

Thomas S. Kiriakos, Esq.
Matthew Wargin, Esq.
Mayer, Brown, Rowe & Maw LLP
71 South Wacker
Chicago, IL 60606-4637

Edward S. Weisfelner, Esq.
Brown Rudnick Berlack Israels LLP
7 Times Square
New York, NY 10036

Jeffrey S. Sabin, Esq.
David M. Hillman, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

/s/ Marc J. Phillips
Marc J. Phillips

#499081v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GLOBAL POWER EQUIPMENT GROUP | ) | Case No. 06-11045 |
| INC., *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related to Docket No. 270** |

**MITSUBISHI POWER SYSTEMS AMERICAS, INC.'S STATEMENT OF ISSUES
AND DESIGNATION OF CONTENTS OF RECORD ON APPEAL**

Mitsubishi Power Systems Americas, Inc. ("MPS"), a creditor of Debtor, Deltak, LLC ("Debtor" or "Deltak"), hereby files this statement of issues and designation of contents of record with respect to its November 8, 2006 appeal [Docket No. 270] under 28 U.S.C. § 158(a). MPS appeals from the Bankruptcy Court's ruling rendered in open court November 6, 2006, with respect to:

> 1) Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363 and 365 For an Order Authorizing Debtors to (I) Wind Down Operations of the Heat Recovery Steam Generation Business Segment Operated By the Deltak Debtors, (II) Reject Certain Executory Contracts in Connection Therewith, and (III) Implement Procedures for the Orderly Completion of Work in Progress [Docket No. 12]; and

> 2) MPS' Corrected Limited Opposition By Mitsubishi Power Systems Americas, Inc., To Debtors' Motion to Reject Certain Executory Contract [Docket No. 159].

**Statement of Issues**

Appellant sets forth the following issue on appeal pursuant to Federal Rule of Bankruptcy Procedure 8006:

Whether the Bankruptcy Court erred by ruling that it did not have authority to require, as a condition of rejection of the contract, the Debtor's specific performance of the covenant intended to govern the relationship between the parties after the end of the contract.

### Designation of Record on Appeal

Appellant designates the following documents to be included in the Record on Appeal:

| Date | Docket No. | Document |
| --- | --- | --- |
| 9/29/2006 | 12 | Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363 and 365 For an Order Authorizing Debtors to (I) Wind Down Operations of the Heat Recovery Steam Generation Business Segment Operated By the Deltak Debtors, (II) Reject Certain Executory Contracts in Connection Therewith, and (III) Implement Procedures for the Orderly Completion of Work in Progress |
| 10/5/2006 | 85 | Corrected Order Granting In Part Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363 and 365 For an Order Authorizing Debtors to (I) Wind Down Operations of the Heat Recovery Steam Generation Business Segment Operated By the Deltak Debtors, (II) Reject Certain Executory Contracts in Connection Therewith, and (III) Implement Procedures for the Orderly Completion of Work in Progress. **CERTAIN EXHIBITS FILED UNDER SEAL PURSUANT TO ORDER OF OCTOBER 26, 2006 (DOCKET 194).** |
| 10/24/2006 | 159 | Corrected Limited Opposition By Mitsubishi Power Systems Americas, Inc., to Debtors' Motion to Reject Certain Executory Contracts |
| 10/24/2006 | 156 | Affidavit of Richard Boukal |
| 10/24/2006 | 167 | Notice of Agenda of Matters Scheduled for Hearing on October 26, 2006 at 10:00 a.m. |
| 10/25/2006 | 181 | Mitsubishi Power Systems Americas, Inc.'s Opposition to Attempted Continuance of Debtor's Motion to Reject Certain Executory Contracts |
| 10/26/2006 | 194 | Order Pursuant to 11 U.S.C. § 107(b) and Federal Rule of Bankruptcy Procedure 9018 Authorizing the Filing of Certain Contracts and |

| | | Schedules Under Seal |
|---|---|---|
| 10/30/2006 | 212 | Debtors' Reply to the Corrected Limited Opposition By Mitsubishi Power Systems Americas, Inc. to Debtors' Motion to Reject Certain Executory Contracts |
| 10/31/2006 | 223 | Pre-Hearing Brief of Mitsubishi Power Systems Americas, Inc., on Motion Compelling Debtor to Assume or Reject, Immediately an Executory Contract |
| 10/31/2006 | 225 | Joinder of the Creditors Committee to the Debtors' Reply to the Corrected Limited Opposition of Mitsubishi Power Systems Americas, Inc. to Debtors' Motion to Reject Certain Executory Contracts |
| 10/31/2006 | 226 | Response of the Creditors' Committee to Debtors' Motion to Approve Wind Down of HRSG Operations and Rejection of Executory Contracts |
| 11/1/2006 | 264 | Transcript of Hearing held on 11/1/2006 |
| 11/6/2006 | | Transcript of Hearing held on 11/6/2006 |
| 11/7/2006 | 270 | Notice of Appeal |

Dated: November 9, 2006
       Wilmington, Delaware

CONNOLLY BOVE LODGE & HUTZ LLP

Marc J. Phillips (No. 4445)
The Nemours Building
1007 North Orange Street
Wilmington, Delaware 19801
(302) 658-9141

-and-

Filiberto Agusti
Joshua R. Taylor
Steptoe & Johnson LLP
1330 Connecticut Ave, NW
Washington, D.C. 20036
(202) 429-3000 (telephone)
(202) 261-0658 (facsimile)
Counsel for Power Systems Americas, Inc.

#499062v1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 9th day of November, 2006, I caused a true and correct copy of the **Mitsubishi Power Systems Americas, Inc.'s Statement of Issues and Designation of Contents of Record on Appeal** to be served in the manner indicated upon the following counsel:

**BY HAND DELIVERY**

Jeffrey M. Schlerf, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Adam G. Landis, Esq.
Kerri K. Mumford, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

Stuart M. Brown, Esq.
William E. Chipman, Jr., Esq.
Edwards Angell Palmer & Dodge LLP
919 North Market Street
Wilmington, DE 19801

Joseph McMahon, Esq.
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801

**BY TELEFAX AND U.S. MAIL**

Matthew C. Brown, Esq.
White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard, 49th Floor
Miami, FL 33131

Howard L. Siegel, Esq.
Brown Rudnick Berlack Israels LLP
City Place I
185 Asylum Street
Hartford, CT 06103

Steven D. Pohl, Esq.
John C. Elstad, Esq.
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111

Thomas S. Kiriakos, Esq.
Matthew Wargin, Esq.
Mayer, Brown, Rowe & Maw LLP
71 South Wacker
Chicago, IL 60606-4637

Edward S. Weisfelner, Esq.
Brown Rudnick Berlack Israels LLP
7 Times Square
New York, NY 10036

Jeffrey S. Sabin, Esq.
David M. Hillman, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

_____
Marc J. Phillips

#499059v1

# File an Appeal:

06-11045-BLS Global Power Equipment Group Inc.
Type: bk                        Chapter: 11 v                    Office: 1 (Delaware)
Judge: BLS                      Assets: y
Case Flag: APPEAL, MEGA, PlnDue, DsclsDue, LEAD, CLMSAGNT

## U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Phillips, Marc J. entered on 11/9/2006 at 3:49 PM EST and filed on 11/9/2006
**Case Name:**         Global Power Equipment Group Inc.
**Case Number:**       06-11045-BLS
**Document Number:** 288

**Docket Text:**
Appellant Designation of Items For Inclusion in Record On Appeal *and Statement of Issues* (related document(s)[270] ) Filed by Mitsubishi Power Systems Americas, Inc.. (Attachments: # (1) Certificate of Service) (Phillips, Marc)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** K:\Bankruptcy\MJP\1463301 Statement of Issues and Designation of Record.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=11/9/2006] [FileNumber=5296627-0]
[40939e0326ab39f48243c60ec906b57680547f7fbf2fb2214cae3b3d318290e6584d
2ccfad0a3f8d25d5eb821757a01ab310ad164d5d679944908325929fadf0]]
**Document description:** Certificate of Service
**Original filename:** K:\Bankruptcy\MJP\1463301 COS Statement of Issues and Designation of Record.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=11/9/2006] [FileNumber=5296627-1]
[1870351ed8e2529fcf88571a20f15bf63363db50e98d4a57a47e3850ee4bccad291d
fc00de7af351588f5e654c6a0257137f9cf9c2cab0e1b1fcf2cfde5fce51]]

**06-11045-BLS Notice will be electronically mailed to:**

Mary E. Augustine    bankserve@bayardfirm.com,
maugustine@bayardfirm.com;tmatthews@bayardfirm.com

Sarah Beckett Boehm    sboehm@mcguirewoods.com, dfoley@mcguirewoods.com

John Y. Bonds    jbonds@shannongracey.com

Charles J. Brown    cbrown@harvpenn.com

Matthew C. Brown    mbrown@whitecase.com

Catherine M. Campbell    ccampbell@fczlaw.com

William E. Chipman    wchipman@eapdlaw.com

Tobey M. Daluz    daluzt@ballardspahr.com

John D. Demmy    jdd@stevenslee.com

Kristi J. Doughty    bk.service@aulgur.com

Mark E. Felger    mfelger@cozen.com, jschwartz@cozen.com

David B. Galle    dgalle@oppenheimer.com

Joseph H. Huston Jr.    jhh@stevenslee.com

James H. Joseph    jjoseph@mcguirewoods.com

Ivan Lerer Kallick    ikallick@manatt.com

Adam G. Landis    landis@lrclaw.com

Kathleen M. Miller    kmiller@skfdelaware.com, tlc@skfdelaware.com

Stephen M. Miller    smiller@morrisjames.com

Sheryl L. Moreau    deecf@dor.mo.gov

Kerri K Mumford    mumford@lrclaw.com, girello@lrclaw.com;adams@lrclaw.com

Marc J. Phillips    mphillips@cblh.com

Malka S. Resnicoff    mresnicoff@whitecase.com

Kathryn D. Sallie    bankserve@bayardfirm.com, ksallie@bayardfirm.com

Jeffrey M. Schlerf    bankserve@bayardfirm.com, jschlerf@bayardfirm.com

Jeffrey M. Schlerf    bankserve@bayardfirm.com, jschlerf@bayardfirm.com

William H. Schwarzschild, III    tschwarz@williamsmullen.com

William David Sullivan    ECF@williamdsullivanllc.com

Eric Michael Sutty    bankserve@bayardfirm.com, esutty@bayardfirm.com

Andrew Vance Tenzer    atenzer@shearman.com, jikja.chung@shearman.com;sspevak@shearman.com

Christina Maycen Thompson    cthompson@cblhlaw.com

Chad Joseph Toms    cjt@bgbblaw.com

United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV

**06-11045-BLS Notice will not be electronically mailed to:**

BNSF Railway Company
Attn: Angela Chilcutt
2400 Western Center Blvd.
Fort Worth, TX 76131

CWY Credit Bankruptcy Department
Con-Way Freight
5555 Rufe Snow Drive
Suite 5515
North Richland Hills, TX 76180

Certain Equity Security Holders
,

Conner & Winters
,

FPL Energy Seabrook LLC
,

HILCO Receivables LLC Assignee of Popular Club by eCAST Settlement Corporation as its agent
POB 35480
Newark, NJ 07193-5480

Philip J. Kochman
Kochman, Donati & Charbonnet, L.L.P.
12012 Wickchester
Suite 310
Houston, TX 77079

Lydall Filtration/Separation, Inc.
PO Box 1960
134 Chestnut Hill Rd
Rochester, NH 03867

Office of Unemployment Compensation Tax Services, Department of Labor and Industry,
Commonwealth of Pennsylvania
1171 S. Cameron St., Rm 312
Harrisburg, PA 17104-2513

Glenn M. Reisman

Two Corporate Drive
P.O. Box 861
Shelton, CT 06484-0861

Stolper W. Stolper
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison, WI 53701-1784

The Bayard Firm
,

The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

Unifrax Corporation
2351 Whirlpool Street
Niagara Falls, NY 14305-2413