

# CONNOLLY BOVE LODGE & HUTZ LLP
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

Jeffrey C. Wisler
Partner
TEL (302) 888 6258
FAX (302) 658 0380
EMAIL jwisler@cblh.com
REPLY TO Wilmington Office

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

Wells Fargo Center
South Tower, Suite 3150
355 South Grand Avenue
Los Angeles CA 90071
TEL (213) 787 2500
FAX (213) 687 0498

WEB www.cblh.com

November 19, 2006

<u>Via Hand Delivery</u>
The Honorable Kent A. Jordan
United States District Judge
 for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Room 6325, Lockbox 10
Wilmington, DE  19801

      Re:    *In re Global Power Equipment Group, Inc., et al., (In re Deltak LLP),
Debtors*, Bankr. No. 06-11045 (BLS);
*Mitsubishi Power Systems Americas, Inc. v. Deltak LLC*, Civil Action
No. 06-687 (KAJ)
Expedited Appeal from the U.S. Bankruptcy Court for the District of
Delaware

Dear Judge Jordan:

      This firm is counsel to Mitsubishi Power Systems Americas, Inc. in the above referenced appeal. We write respectfully to apprise you of new developments in the *Mitsubishi Power Systems v. Deltak* matter since our conference call Thursday.

      First, the parties met on Friday, November 17, before U.S. Bankruptcy Judge Gross, in an effort to reach a mediated settlement. Despite good faith efforts to settle this matter, the parties were not able to reach an agreement to settle the remaining points of their dispute.

      Second, Mitsubishi has been able to conclude a contract to purchase a CO catalyst, on an expedited basis, directly from BASF. This purchase was accomplished without the assistance of Deltak, which declined to assign and retains its contractual right to acquire a CO catalyst from BASF. Mitsubishi's purchase and delivery of a CO catalyst from BASF is the last step necessary to be taken to meet the applicable project deadline of December 15, 2006.

      As was discussed during the conference call, Deltak has already rejected its contract with Cormetech for the NOx catalyst that it was to supply for the Port

The Honorable Kent A. Jordan
November 19, 2006
Page 2

Westward project. That rejection was approved on Friday, November 17. Mitsubishi is arranging to purchase the NOx catalysts directly from Cormetech.

These developments remove the need to decide this appeal on an emergency basis.

One issue remains in dispute between the parties. Deltak continues to refuse to assign its subcontracts to Mitsubishi, as required by the continuation provisions of its rejected contract. Performance of that covenant to assign would result in conveyance of all subcontract warranties to Mitsubishi—warranties that currently run only to Deltak. Mitsubishi still needs these warranties, as it is committed to providing such warranties to the project owner. Mitsubishi respectfully maintains, for the reasons explained in its previously filed papers, that Deltak (which has no value or use for such warranties) remains contractually obligated to assign them to Mitsubishi. Thus, Mitsubishi intends to proceed to disposition with its appeal.

If the Court and/or the parties wish to proceed on an expedited basis, Mitsubishi is prepared to continue the briefing and argument of this matter on the previously ordered schedule. However, the matter is no longer a time-sensitive emergency.

Alternatively, Mitsubishi would also be willing to have the appeal re-set to an ordinary appeal schedule. In that event, Mitsubishi respectfully requests that it be permitted to withdraw its Brief of Appellant (which was prepared and filed on an emergency basis in light of the December 15 deadline for the catalysts), and re-file its brief on an ordinary briefing schedule set by the Court.

We are available at the Court's convenience if Your Honor has any questions concerning this matter.

Respectfully,

Jeffrey C. Wisler

cc: Clerk of the Court (via hand delivery)
    Marc J. Phillips (via hand delivery)
    Filiberto Agusti (via facsimile)
    Joshua R. Taylor (via facsimile)
    Jeffrey M. Schlerf, Esq. (via facsimile)
    Eric M. Sutty, Esq. (via facsimile)
    Adam G. Landis, Esq. (via facsimile)
    Kerri K. Mumford, Esq. (via facsimile)

The Honorable Kent A. Jordan
November 19, 2006
Page 3

        Stuart M. Brown, Esq. (via facsimile)
        William E. Chipman, Jr., Esq. (via facsimile)
        Joseph McMahon, Esq. (via facsimile)
        Christopher A. Ward, Esq. (via facsimile)
        John K. Cunningham, Esq. (via facsimile)
        Frank L. Eaton, Esq. (via facsimile)
        Howard L. Siegel, Esq. (via facsimile)
        Steven D. Pohl, Esq. (via facsimile)
        John C. Elstad, Esq. (via facsimile)
        Edward S. Weisfelner, Esq. (via facsimile)
        Jeffrey S. Sabin, Esq. (via facsimile)
        Thomas S. Kiriakos, Esq. (via facsimile)

Case 1:06-cv-00687-KAJ    Document 11    Filed 11/19/2006    Page 3 of 3