# THE BAYARD FIRM
A  T  T  O  R  N  E  Y  S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395
WRITER'S DIRECT ACCESS

(302) 429-4218
jschlerf@bayardfirm.com

November 20, 2006

VIA HAND DELIVERY & ELECTRONIC FILING
The Honorable Kent A. Jordan
United States District Judge for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Room 6325, Lockbox 10
Wilmington, DE 19801

Re:   Global Power Equipment Group Inc., et al. (collectively, the "Debtors"),
      Chapter 11 Case No. 06-11045 (BLS); Mitsubishi Power Systems America, Inc. v.
      Deltak, L.L.C., Civil Action No. 06-687 (KAJ)

Dear Judge Jordan:

      We represent the Debtors, including Deltak, L.L.C. ("Deltak"), in the above-referenced matter. We submit this letter in response to the letter of Mitsubishi Power Systems America, Inc. ("Mitsubishi") to this Court, dated November 19, 2006 (the "November 19th Letter").

      Mitsubishi correctly advises the Court that the parties, including both the Official Committee of Unsecured Creditors and the Official Committee of Equity Security Holders (collectively, the "Committees"), were unable to reach a mediated resolution of their disputes.

643608v1

THE BAYARD FIRM

The Honorable Kent A. Jordan
November 20, 2006
Page 2

      The Debtors will not respond by letter to the points raised by Mitsubishi. Rather, the Debtors are in the process of finalizing their appellee brief which will be filed today as directed by the Court. We are prepared to argue the appeal on November 22, 2006.

Respectfully submitted,

Jeffrey M. Schlerf

Attachments

cc:     Clerk of the Court (via hand delivery)
        John K. Cunningham, Esq. (via hand delivery)
        Frank L. Eaton, Esq. (via hand delivery)
        Marc J. Phillips, Esq. (via hand delivery)
        Filiberto Agusti, Esq. (via facsimile)
        Joshua R. Taylor, Esq. (via facsimile)
        Jeffrey M. Schlerf, Esq. (via facsimile)
        Eric M. Sutty, Esq. (via facsimile)
        Adam G. Landis, Esq. (via facsimile)
        Kerri K. Mumford, Esq. (via facsimile)
        Stuart M. Brown, Esq. (via facsimile)
        William E. Chipman, Jr., Esq. (via facsimile)
        Joseph McMahon, Esq. (via facsimile)
        Christopher A. Ward, Esq. (via e-mail)
        Howard L. Siegel, Esq. (via facsimile)
        Steven D. Pohl, Esq. (via facsimile)
        John C. Elstad, Esq. (via facsimile)
        Edward S. Weisfelner, Esq. (via facsimile)
        Jeffrey S. Sabin, Esq. (via facsimile)
        Thomas S. Kiriakos, Esq. (via facsimile)
        Jeffrey C. Wisler, Esq. (via facsimile)