IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>GLOBAL POWER EQUIPMENT GROUP INC., et al.,<br><br>          Debtors. | ) Chapter 11<br>)<br>) Case No. 06-11045 (BLS)<br>)<br>) Jointly Administered<br>)<br>) |
| MITSUBISHI POWER SYSTEMS AMERICAS, INC.,<br><br>          Appellant,<br>v.<br><br>DELTAK, LLC,<br><br>          Debtor-Appellee. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-00687 (KAJ)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Mary E. Augustine, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of Douglas W. Swalina, Esquire, White & Case LLP, Wachovia Financial Center, 49th Floor, 200 South Biscayne Boulevard, Miami, Florida 33131-2352 to represent the above-captioned debtor-appellee. The Admittee is admitted, practicing, and in good standing as a member of the bar of the State of Florida.

                                                                _____
                                                                Jeffrey M. Schlerf (No. 3047)
                                                                Eric M. Sutty (No. 4007)
                                                                Mary E. Augustine (No. 4477)
                                                                THE BAYARD FIRM
                                                                222 Delaware Avenue, Suite 900
                                                                Wilmington, Delaware 19801
                                                                Telephone: (302) 655-5000

                                                                Attorneys to the Debtors and
                                                               Debtors in Possession

## CERTIFICATION

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing in the jurisdictions shown in the paragraph above and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

                                              Douglas W. Swalina
                                              WHITE & CASE LLP
                                              Wachovia Financial Center
                                              200 S. Biscayne Boulevard, Suite 4900
                                              Miami, Florida 33131-2352
                                              Telephone: (305) 371-2700

## ORDER GRANTING MOTION

      IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Dated: _____                        _____
                                                                           The Honorable Kent A. Jordan
                                                                           United States District Court Judge