# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>GLOBAL POWER EQUIPMENT GROUP INC., et al.,<br><br>   Debtors. | Chapter 11<br><br>Case No. 06-11045 (BLS)<br><br>Jointly Administered |
| MITSUBISHI POWER SYSTEMS AMERICAS, INC.,<br><br>   Appellant,<br><br>v.<br><br>DELTAK, L.L.C.,<br><br>   Appellee. | Civil Action No. 06-687 (KAJ) |

## DEBTORS' COUNTER-STATEMENT OF ISSUES AND COUNTER-DESIGNATION OF CONTENTS OF RECORD ON APPEAL

Deltak, L.L.C. and its affiliated debtors and debtors in possession (collectively, the "Debtors" or "Appellee")[1] hereby file this counter-statement of issues and counter-designation of contents of record with respect to Mitsubishi Power Systems Americas, Inc.'s November 8, 2006 appeal [Docket No. 270] under 28 U.S.C. § 158(a) from the Bankruptcy Court's ruling rendered in open court on November 6, 2006.

---

[1] In addition to Deltak, L.L.C., the Debtors include Global Power Equipment Group Inc., Global Power Professional Services, L.L.C., Braden Manufacturing, L.L.C., Braden Construction Services, Inc., Deltak Construction Services, Inc., Williams Industrial Services Group, L.L.C., Williams Industrial Services, LLC, Williams Specialty Services, LLC, Williams Plant Services, LLC, and WSServices, LP.

643838-1

## COUNTER-STATEMENT OF ISSUE PRESENTED

Appellee sets forth the following issue on appeal pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure:

Whether the Bankruptcy Court correctly held that the Bankruptcy Code does not permit, upon rejection of an executory contract, the remedy of specific performance of a contract provision that purportedly requires assignment of a debtor's executory subcontracts.

## COUNTER-DESIGNATION OF RECORD ON APPEAL

Appellee designates the following documents to be included in the Record on Appeal:

| Date | Docket No. | Document |
| --- | --- | --- |
| 9/29/06 | 18 | Affidavit in Support of First Day Motions and Applications by John M. Matheson |
| 10/26/06 | 195 | Amended Order Granting In Part Debtors' Motion For An Order Authorizing Debtors To (i) Wind Down Operations of the Heat Recovery Steam Generation Business Segment Operated by the Deltak Debtors, (ii) Reject Certain Executory Contracts in Connection Therewith, and (iii) Implement Procedures for the Orderly Completion of Work in Progress |
| 10/27/06 | 204 | Motion by Cormetech, Inc. to Set a Date for the Assumption or Rejection of Certain Executory Contracts Pursuant to 11 U.S.C. § 365(d)(2) |
| 10/31/06 | 224 | Debtors' Objection to the Motion by Cormetech, Inc. to Set a Date for the Assumption or Rejection of Certain Executory Contracts Pursuant to 11 U.S.C. § 365(d)(2) |
| 10/31/06 | 227 | Creditors' Committee's Objection to the Motion by Cormetch, Inc. to Set a Date for the Assumption or Rejection of Certain Executory Contracts Pursuant to 11 U.S.C. § 365(d)(2) |
| 11/9/06 | 288 | All documents identified in the Appellant Designation of Items For Inclusion in Record On Appeal and Statement of Issues |
| 11/9/06 | 289 | Order on Motion by Cormetech, Inc. to Set a Date for the Assumption or Rejection of Certain Executory Contracts Pursuant to 11 U.S.C. § 365(d)(2) as to the Port Westward Project |
| 11/13/06 | 302 | All documents identified in the Supplemental Appellant Designation of Items For Inclusion in Record On Appeal |

| | | |
|---|---|---|
| 11/15/06 | 320 | Debtors' Motion to Reject Cormetech Port Westward Contract Pursuant to 11 U.S.C. Sections 105 and 365 |
| 11/17/06 | 353 | Order Granting Debtors' Motion for Authority to Reject the Cormetech Port Westward Contract |

Dated: Wilmington, Delaware  
November 24, 2006

THE BAYARD FIRM

By: _____  
Jeffrey M. Schlerf (No. 3047)  
Eric M. Sutty (No. 4007)  
Mary E. Augustine (No. 4477)  
222 Delaware Avenue, Suite 900  
Wilmington, Delaware 19801  
Telephone: (302) 655-5000

Attorneys to Appellee Deltak, L.L.C.

## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 22nd day of November, 2006, I caused a copy of the **Debtors' Counter-Statements of Issues and Counter-Designation of Contents of Record on Appeal** to be served upon the parties listed below in the manner indicated.

<u>*VIA* HAND DELIVERY</u>

Joseph McMahon, Esquire
Office of the United States Trustee
844 King North King Street, Suite 2207
Wilmington, DE 19801
joseph.mcmahon@usdoj.gov

Stuart M. Brown, Esquire
William E. Chipman, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street
Wilmington, DE 19801
sbrown@eapdlaw.com
wchipman@eapdlaw.com

Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
landis@lrclaw.com
mumford@lrclaw.com

Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19801
mphillips@cblh.com

Steven K. Kortanek, Esquire
Christopher A. Ward, Esquire
Klehr, Harrison, Harvey, Branzburg &
    Ellers LLP
919 North Market Street, Suite 1000
Wilmington, DE 19801
skortanek@klehr.com
cward@klehr.com

<u>*VIA* FIRST CLASS MAIL</u>

Thomas S. Kiriakos, Esquire
Matthew Wargin, Esquire
Mayer, Brown, Rowe & Maw LLP
71 South Wacker
Chicago, IL 60606-4637
tkiriakos@mayerbrownrowe.com
mwargin@mayerbrownrowe.com

Jeffrey S. Sabin, Esquire
David M. Hillman, Esquire
Curt Weidler, Esquire
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
jeffrey.sabin@srz.com
david.hillman@srz.com
curt.weidler@srz.com

Filiberto Agusti, Esquire
Joshua R. Taylor, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
fagusti@steptoe.com
jrtaylor@steptoe.com

Howard L. Siegel, Esquire
Brown Rudnick Berlack Israels LLP
CityPlace
185 Asylum Street
Hartford, CT 06103-3402
hsiegel@brownrudnick.com

643884-1

Steven D. Pohl, Esquire
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111
spohl@brownrudnick.com

                                                                                                           _____
                                                                                                           Mary E. Augustine (No. 4477)

643884-1