## CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Marc J. Phillips
TEL (302) 884-6581
FAX (302) 658-0380
EMAIL mphillips@cblh.com
REPLY TO Wilmington Office

November 27, 2006

**BY HAND DELIVERY**
The Honorable Kent A. Jordan
United States District Judge
   for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Room 6325, Lockbox 10
Wilmington, DE  19801

Re:   *In re Global Power Equipment Group, Inc., et al.,* (*In re Deltak LLP*), *Debtors,* **Bankr. No. 06-11045 (BLS);**

*Mitsubishi Power Systems Americas, Inc. v. Deltak LLC,*
**Civ. Action No. 06-687 (KAJ)**

**Appeal from the U.S. Bankruptcy Court for the District of Delaware**

Dear Judge Jordan:

Enclosed please find a courtesy copy of a proposed Scheduling Order regarding briefing in the above-referenced appeal. The parties respectfully request that the Court enter the enclosed Scheduling Order at its earliest convenience.

Should Your Honor have any questions regarding the proposed Scheduling Order, I am available, as always, at the Court's convenience.

Respectfully yours,

Marc J. Phillips

Enclosure

The Honorable Kent A. Jordan
November 16, 2006
Page 2

cc: Clerk of the Court (via hand delivery)
Jeffrey M. Schlerf, Esq. (via e-mail)
Eric M. Sutty, Esq. (via e-mail)
Adam G. Landis, Esq. (via e-mail)
Kerri K. Mumford, Esq. (via e-mail)
Stuart M. Brown, Esq. (via e-mail)
William E. Chipman, Jr., Esq. (via e-mail)
Joseph McMahon, Esq. (via e-mail)
Christopher A. Ward, Esq. (via e-mail)
John K. Cunningham, Esq. (via e-mail)
Frank L. Eaton, Esq. (via e-mail)
Howard L. Siegel, Esq. (via e-mail)
Steven D. Pohl, Esq. (via e-mail)
John C. Elstad, Esq. (via e-mail)
Edward S. Weisfelner, Esq. (via e-mail)
Jeffrey S. Sabin, Esq. (via e-mail)
Thomas S. Kiriakos, Esq. (via e-mail)

#501723v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GLOBAL POWER EQUIPMENT<br>GROUP INC., *et al.*,<br>            Debtors. | Chapter 11<br>Bankruptcy Case No. 06-11045 (BLS)<br>Jointly Administered |
| MITSUBISHI POWER SYSTEMS<br>AMERICAS, INC.,<br>            Appellant,<br><br>v.<br><br>DELTAK, LLC,<br>            Appellee. | Civil Action No. 06-687 (KAJ)<br><br>Appeal from the United States Bankruptcy<br>Court for the District of Delaware<br>(The Hon. Brendan L. Shannon) |

## SCHEDULING ORDER

This ___ day of November, 2006, the parties to this action have conferred and have agreed that the following schedule shall govern this action:

1. Appellant's opening brief was filed on November 13, 2006 [D.I. 7].

2. Appellee's answering brief shall be filed no later than 5:00 p.m. on December 4, 2006.

3. Appellant's reply brief shall be filed no later than 5:00 p.m. on December 8, 2006.

4. Oral Argument on this action shall be held at _____ __.m. on December ___, 2006.

_____
UNITED STATES DISTRICT JUDGE

#501677v1