IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| GLOBAL POWER EQUIPMENT GROUP, ) | Bankruptcy Case No. 06-11045 (BLS) |
| INC., et al., ) | Jointly Administered |
| ) | |
| Debtors. ) | |
| ) | |
| MITSUBISHI POWER SYSTEMS ) | |
| AMERICAS, INC., ) | |
| ) | Civil Action No. 06-687-KAJ |
| Appellant, ) | |
| ) | |
| v. ) | |
| ) | |
| DELTAK, LLC, ) | |
| ) | |
| Appellee. ) | |

### SCHEDULING ORDER

This 28th day of November, 2006, the parties to this action have conferred and have agreed that the following schedule shall govern this action:

1. Appellant's opening brief was filed on November 13, 2006 (D.I. 7),

2. Appellee's answering brief shall be filed no later than 5:00 p.m. on December 4, 2006.

3. Appellant's reply brief shall be filed no later than 5:00 p.m. on December 8, 2006.

4. Oral Argument on this action shall be held on January 19, 2007, beginning at 9:00 a.m. and ending at 10:00 a.m. in courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE

Wilmington, Delaware