IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Bankruptcy Case No. 06-11045 (BLS) |
| GLOBAL POWER EQUIPMENT | ) | Jointly Administered |
| GROUP INC., *et al.*, | ) | |
|     Debtors. | ) | |
| | ) | |
| MITSUBISHI POWER SYSTEMS | ) | |
| AMERICAS, INC., | ) | Civil Action No. 06-687 (KAJ) |
|     Appellant, | ) | |
| | ) | |
| v. | ) | Appeal from the United States Bankruptcy |
| | ) | Court for the District of Delaware |
| DELTAK, LLC, | ) | (The Hon. Brendan L. Shannon) |
|     Appellee. | ) | |

**APPELLANT MITSUBISHI POWER SYSTEMS AMERICAS, INC.'S
CONDITIONAL CONSENT TO THE OFFICIAL CREDITORS' COMMITTEE'S
INTERVENTION ON APPEAL**

Appellant Mitsubishi Power Systems Americas, Inc. ("MPS"), through counsel, respectfully submits its consent to the motion filed today (November 29, 2006) by the Official Committee of Unsecured Creditors ("Committee"), seeking to intervene in this appeal.

MPS's consent to the Committee's intervention is conditioned on there being no delay in the briefing schedule already agreed between MPS and Deltak and ordered by the Court. That is, because the Committee supports the position of Deltak in this appeal, the Committee should be required to file its brief (or, in the Court's discretion, join Deltak's brief) by 5:00 p.m. on December 4, 2006, the deadline for Deltak's appellee brief.

For the reasons explained in its letter submitted to the Court earlier today, MPS respectfully maintains its request for an expedited hearing and decision of this appeal by December 15, 2006.

Dated: November 29, 2006	Respectfully submitted,

/s/ Marc J. Phillips
Marc J. Phillips (No. 4445)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, Delaware 19801
(302) 658-9141 (telephone)
(302) 658-0380 (facsimile)
mphillips@cblh.com

-and-

Filiberto Agusti
Joshua R. Taylor
Steptoe & Johnson LLP
1330 Connecticut Ave, NW
Washington, D.C. 20036
(202) 429-3000 (telephone)
(202) 429-3902 (facsimile)
fagusti@steptoe.com
jrtaylor@steptoe.com

*Counsel for Appellant*
*Mitsubishi Power Systems Americas, Inc.*

#502504v1

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that on this 29th day of November, 2006, I caused a true and correct copy of the **Appellant Mitsubishi Power Systems Americas, Inc.'s Conditional Consent to the Official Creditors' Committee's Intervention on Appeal** to be served in the manner indicated upon the following counsel:

**BY HAND DELIVERY**

| | |
|---|---|
| Jeffrey M. Schlerf, Esq.<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 | Stuart M. Brown, Esq.<br>William E. Chipman, Jr., Esq.<br>Edwards Angell Palmer & Dodge LLP<br>919 North Market Street<br>Wilmington, DE 19801 |
| Adam G. Landis, Esq.<br>Kerri K. Mumford, Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 600<br>Wilmington, DE 19801 | Joseph McMahon, Esq.<br>Office of the United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19801 |
| | Christopher A. Ward, Esq.<br>Klehr Harrison Harvey Branzburg<br>    & Ellers LLP<br>919 N. Market Street, Suite 1000<br>Wilmington, DE 19801 |

**BY TELEFAX AND U.S. MAIL**

| | |
|---|---|
| Matthew C. Brown, Esq.<br>White & Case LLP<br>Wachovia Financial Center<br>200 South Biscayne Boulevard, 49th Floor<br>Miami, FL 33131 | Thomas S. Kiriakos, Esq.<br>Matthew Wargin, Esq.<br>Mayer, Brown, Rowe & Maw LLP<br>71 South Wacker<br>Chicago, IL 60606-4637 |
| Howard L. Siegel, Esq.<br>Brown Rudnick Berlack Israels LLP<br>City Place I<br>185 Asylum Street<br>Hartford, CT 06103 | Edward S. Weisfelner, Esq.<br>Brown Rudnick Berlack Israels LLP<br>7 Times Square<br>New York, NY 10036 |
| Steven D. Pohl, Esq.<br>John C. Elstad, Esq.<br>Brown Rudnick Berlack Israels LLP<br>One Financial Center<br>Boston, MA 02111 | Jeffrey S. Sabin, Esq.<br>David M. Hillman, Esq.<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022 |

      /s/ Marc J. Phillips
          Marc J. Phillips