IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>GLOBAL POWER EQUIPMENT GROUP INC., et al.,<br><br>                      Debtors. | Chapter 11<br><br>Case No. 06-11045 (BLS)<br><br>Jointly Administered |
| MITSUBISHI POWER SYSTEMS AMERICAS, INC.,<br><br>                      Appellant,<br>v.<br><br>DELTAK, L.L.C.,<br><br>                      Debtor-Appellee. | Civil Action No. 06-00687 (KAJ) |

**RESPONSE OF APPELLEE TO MOTION OF MITSUBISHI POWER SYTEMS AMERICAS, INC. FOR LEAVE TO FILE SUPPLEMENTAL BRIEF**

Appellee Deltak, LLC (the "Appellee") submits this response to the Motion of Mitsubishi Power Systems Americas, Inc. for Leave to File Supplemental Brief (the "Motion") filed on November 22, 2006.

The Appellee does not oppose the requested relief. However, the proposed 4-page "Supplement" to Appellant's opening brief contains not only facts relating to the Warranties (as defined in the Motion) but also legal argument. The Appellee requests additional time to file and serve its answering brief. Under Federal Rule of Bankruptcy Procedure 8009(a)(2), an appellee has 15 days from service of the opening brief to file and serve its answering brief. The Appellee submits that the deadline for its brief be no earlier than December 7, 2006, which is 15 days from the date of service of the Motion and attached Supplement (which was November 22, 2006, the day before Thanksgiving).

Accordingly, the Appellee respectfully requests that approval of the Motion be conditioned upon extending the Appellee's deadline as set forth herein.

Dated: November 29, 2006

THE BAYARD FIRM

By: _____
Jeffrey M. Schlerf (No. 3047)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone: (302) 655-5000

*Counsel to the Appellee*

644421-1

2

# CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 29th day of November, 2006, I caused a copy of the **Response of Appellee to Motion of Mitsubishi Power Systems Americas, Inc. for Leave to File Supplemental Brief** to be served upon the parties listed below in the manner indicated.

## *VIA* HAND DELIVERY

Joseph McMahon, Esquire
Office of the United States Trustee
844 King North King Street, Suite 2207
Wilmington, DE 19801
joseph.mcmahon@usdoj.gov

Stuart M. Brown, Esquire
William E. Chipman, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street
Wilmington, DE 19801
sbrown@eapdlaw.com
wchipman@eapdlaw.com

Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
landis@lrclaw.com
mumford@lrclaw.com

Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19801
mphillips@cblh.com

## *VIA* FIRST CLASS MAIL

Thomas S. Kiriakos, Esquire
Matthew Wargin, Esquire
Mayer, Brown, Rowe & Maw LLP
71 South Wacker
Chicago, IL 60606-4637
tkiriakos@mayerbrownrowe.com
mwargin@mayerbrownrowe.com

Jeffrey S. Sabin, Esquire
David M. Hillman, Esquire
Curt Weidler, Esquire
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
jeffrey.sabin@srz.com
david.hillman@srz.com
curt.weidler@srz.com

Filiberto Agusti, Esquire
Joshua R. Taylor, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
fagusti@steptoe.com
jrtaylor@steptoe.com

Howard L. Siegel, Esquire
Brown Rudnick Berlack Israels LLP
CityPlace
185 Asylum Street
Hartford, CT 06103-3402
hsiegel@brownrudnick.com

John Elstad, Esquire
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111
spohl@brownrudnick.com

_____
Mary E. Augustine (No. 4477)

644470-1