# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GLOBAL POWER EQUIPMENT GROUP INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 06-11045 (BLS)<br><br>Jointly Administered |
| MITSUBISHI POWER SYSTEMS AMERICAS, INC.,<br><br>Appellant,<br><br>v.<br><br>DELTAK, L.L.C.,<br><br>Appellee. | Civil Action No. 06-00687 (KAJ) |

## ORDER

Upon consideration of the Motion of the Official Committee of Unsecured Creditors to Intervene in Action Pursuant to 11 U.S.C. § 1109(a) and Fed. R. Bankr. P. 7024 (the "Motion")[1], it is hereby

ORDERED, THAT:

1. the Motion is granted.

2. the Committee is allowed to intervene in the Appeal.

Dated: November 30, 2006
Wilmington, Delaware

The Honorable Kent A. Jordan
United States District Court Judge

---

[1] Capitalized terms not otherwise defined herein shall assume the meanings ascribed to them in the Motion.

586.001-14791