IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| GLOBAL POWER EQUIPMENT GROUP, ) | Bankruptcy Case No. 06-11045 (BLS) |
| INC., et al., ) | Jointly Administered |
| ) | |
| Debtors. ) | |
| _____ ) | |
| MITSUBISHI POWER SYSTEMS ) | |
| AMERICAS, INC., ) | |
| ) | Civil Action No. 06-687-KAJ |
| Appellant, ) | |
| ) | |
| v. ) | |
| ) | |
| DELTAK, LLC, ) | |
| ) | |
| Appellee. ) | |

## AMENDED SCHEDULING ORDER

At Wilmington, this 30th day of November, 2006,

IT IS HEREBY ORDERED that:

1. Appellant's motion for leave to file supplemental brief (D.I. 16) is GRANTED and is deemed filed and served on November 22, 2006. Appellant's opening brief was filed on November 13, 2006 (D.I. 7).

2. Appellee's and Intervenor's answering briefs shall be filed no later than 5:00 p.m. on December 7, 2006.

3. Appellant's reply brief shall be filed no later than 5:00 p.m. on December 11, 2006.

4. Oral Argument on this action shall be held on December 14, 2006 beginning at 9:30 a.m. and ending at 10:30 a.m. in courtroom 6A, 6th Floor, J. Caleb

Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE

Wilmington, Delaware