IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #** 28

IN RE: Global Power Equipment Group Inc. et al

| | | |
|---|---|---|
| Mitsubishi Power Systems Americas Inc., | ) | |
| | ) | |
| | ) | |
| Appellant | ) | Civil Action No.   06-687 |
| v. | ) | |
| | ) | |
| Deltak, LLC, | ) | |
| | ) | |
| Appellee | ) | Bankruptcy Case No.  06-11045 |
| | | AP 06-72 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 10/26/06 was docketed in the District Court on 12/1/06:

      Order (Amended) Granting In Part Debtors' Motion For An Order Authorizing Debtors To (i) Wind Down Operations of the Heat Recovery Steam Generation Business Segment Operated by the Deltak Debtors, (ii) Reject Certain Executory Contracts in Connection Therewith, and (iii) Implement Procedures for the Orderly Completion of Work in Progress

Counsel to follow briefing schedule already in effect.

Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                                       Peter T. Dalleo
                                                       Clerk of Court

Date: 12/1/06
To:    U.S. Bankruptcy Court
         Counsel