IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| GLOBAL POWER EQUIPMENT GROUP INC., et al., | ) Case No. 06-11045 (BLS) |
| Debtors. | ) Jointly Administered |
| MITSUBISHI POWER SYSTEMS AMERICAS, INC., | ) |
| Appellant, | ) Civil Action No. 06-00687 (KAJ) |
| v. | ) |
| DELTAK, L.L.C., | ) |
| Debtor-Appellee | ) |
| and | ) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ) |
| Intervening Party. | ) |

**STATEMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN SUPPORT OF BRIEF OF APPELLEE DELTAK, L.L.C.**

Dated: December 8, 2006

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186))
LANDIS RATH & COBB LLP
919 Market Street, Suite 919
Wilmington, Delaware 19801
(302) 467-4400

Jeffrey S. Sabin
David M. Hillman
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
(212) 756-2290
*Attorneys to the Official Committee of Unsecured Creditors*

586.001-14719

## STATEMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN SUPPORT OF APPELLEE'S OPENING BRIEF

The Official Committee of Unsecured Creditors (the "Creditors Committee") hereby submits this statement in support of Appellee's Opening Brief filed on the date herewith ("Appellee's Opening Brief") and incorporates by reference, subject to the reservations contained herein, the facts and arguments contained therein.[1] The Creditors' Committee further states as follows:

The Creditors' Committee participated fully in connection with the Rejection Motion and the matters which give rise to this appeal. See e.g. R.255. Based on the facts and circumstances presented to the Creditors' Committee at the time of the rejection of the Port Westward Contract, the Creditors' Committee fully supported the Debtors' rejection of the same and opposed Mitsubishi's request that rejection be condition on the enforcement the enforcement of alleged specific remedy and warranty provisions contained in the contract, including the remedy of specific performance requiring the assignment of certain subcontracts. R.159 at 1-2, 9-10. Based on the facts and circumstances presented to it in connection with the Cormetech Motion, the Creditors' Committee also supported Deltak's decision to reject the Cormetech Subcontract.

The Creditors' Committee also has been actively involved in this Appeal, including without limitation, in connection with the Emergency Motion filed by Mitsubishi. The Creditors' Committee appeared at the telephonic hearing on the Emergency Motion on November 16, 2006. See D.I. 10.

The Creditors' Committee reserves its rights to seek the appropriate relief in connection with the actions taken by Mitsubishi, including, without limitation, (a) a complaint to seek

---

[1] All capitalized terms not herein defined shall have the same meaning as ascribed to them in the Appellee's Opening Brief.

damages regarding Mitsubishi's conduct; (b) a motion to vacate this Appeal and request remand to the Bankruptcy Court so that the Bankruptcy Court can vacate the Ruling in connection with the Port Westward Contract and the Bankruptcy Court's order rejecting the Cormetech Subcontract; (c) a motion to enjoin Mitsubishi from purchasing the NOx catalyst from Cormetech or the CO Catalyst from BASF and to enjoin Mitsubishi from further contacting either Cormetech or BASF in connection with the catalysts necessary to complete the Port Westward Contract; or (d) a request for expedited discovery in connection with these matters.

The Creditors' Committee further reserves its right to argue that nothing contained in the Appellee's Opening Brief or any of the statements made in the Bankruptcy Court shall be treated as admissions by Deltak or the Creditors' Committee based on the newly discovered evidence as outlined in the Letters or as may be determined through additional discovery.

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

WHEREFORE, the Creditors' Committee respectfully requests that this Court affirm the holding of the Bankruptcy Court denying Mitsubishi's Limited Opposition and grant such other and further relief that this Court determines as just and necessary.

Dated: December 8, 2006
Wilmington, Delaware

LANDIS RATH & COBB LLP

/s/ Kerri Mumford
Adam G. Landis (No. 3407)
Kerri M. Mumford (No. 4186)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, Delaware 19899
Telephone: (302) 467-4400
Facsimile: (302) 467-4500

- and -

Jeffrey S. Sabin
David M. Hillman
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955

Attorneys to the Official Committee of Unsecured Creditors

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| GLOBAL POWER EQUIPMENT GROUP INC., et al., | ) Case No. 06-11045 (BLS) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |
| MITSUBISHI POWER SYSTEMS AMERICAS, INC., | ) |
| Appellant, | ) Civil Action No. 06-00687 (KAJ) |
| v. | ) |
| DELTAK, L.L.C., | ) |
| Debtor-Appellee | ) |
| and | ) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ) |
| Intervening Party. | ) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Joan M. Hofmann, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for the Official Committee of Unsecured Creditors in the above referenced cases, and on the 8th day of December, 2006, she caused a copy of the **STATEMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN SUPPORT OF BRIEF OF APPELLEE DELTAK, L.L.C.** to be served upon the parties identified on the attached list in the manner indicated.

                                                                   Joan M. Hofmann

586.001-14889

SWORN TO AND SUBSCRIBED before me this 8th day of December, 2006.

_____
Notary Public
My Commission Expires: _____

CATHY A. ADAMS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 5, 2010

586.001-14889

**Global Power Equipment Group Inc., Case No. 06-11045 (BLS)**
**Core Group Service List**

David B. Stratton, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19801
*Electronic Mail & Hand Delivery*

Thomas E. Lauria, Esq.
Gerald Uzzi, Esq.
Matthew C. Brown, Esq.
White & Case LLP
Wachovia Financial Center
200 South Biscayne Blvd., 49th Floor
Miami, FL 33131
(Co-Counsel to Debtors)
*Electronic Mail & Federal Express*

Jeffrey S. Sabin, Esq.
David M. Hillman, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
(Counsel to Official Committee
of Unsecured Creditors)
*Electronic Mail & Federal Express*

Stuart M. Brown, Esq.
William E. Chipman, Jr., Esq.
Edwards Angell Palmer & Dodge LLP
919 Market Street, 15th Floor
Wilmington, DE 19801
(Bank of America, N.A., as Administrative
Agent for Senior Lenders)
*Electronic Mail & Hand Delivery*

Howard L. Siegel, Esq.
Brown Rudnick Berlack Israels LLP
CityPlace
185 Asylum Street
Hartford, CT 06103
(Proposed Counsel to Equity Committee)
*Electronic Mail & Federal Express*

Jeffrey M. Schlerf, Esq.
Eric M. Sutty, Esq.
Mary E. Augustine, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(Co-Counsel to Debtors)
*Electronic Mail & Hand Delivery*

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801
*Electronic Mail & Hand Delivery*

Thomas S. Kiriakos, Esq.
Matthew Wargin, Esq.
Mayer, Brown, Rowe & Maw LLP
71 South Wacker
Chicago, IL 60606
(Bank of America, N.A., as Administrative
Agent for Senior Lenders)
*Electronic Mail & Federal Express*

Steven D. Pohl, Esq.
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111
(Proposed Counsel to Equity Committee)
*Electronic Mail & Federal Express*

Marc J. Phillips, Esq.
Jeffrey C. Wisler, Esq.
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
*Electronic Mail & Hand Delivery*

**Global Power Equipment Group Inc., Case No. 06-11045 (BLS)**
**Core Group Service List**

Mark Minuti, Esq.
Saul Ewing LLP
222 Delaware Avenue
Suite 1200
Wimington, DE  19808
*Electronic Mail & Hand Delivery*

Steven D. Pohl, Esq.
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA  02111
*Electronic Mail & Federal Express*

Erik D. Lindauer, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004
*Electronic Mail & Federal Express*

Filiberto Agusti, Esq.
Joshua R. Taylor, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
*Electronic Mail & Federal Express*

586.001-14892.doc