IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GLOBAL POWER EQUIPMENT GROUP INC., *et al.*,<br>　　　　Debtors. | Chapter 11<br>Bankruptcy Case No. 06-11045 (BLS)<br>Jointly Administered |
| MITSUBISHI POWER SYSTEMS AMERICAS, INC.,<br>　　　　Appellant,<br><br>v.<br><br>DELTAK, LLC,<br>　　　　Appellee,<br><br>and<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br>　　　　Intervenor-Appellee. | Civil Action No. 06-687 (KAJ)<br><br>Appeal from the United States Bankruptcy Court for the District of Delaware<br>(The Hon. Brendan L. Shannon) |

**CONSENT MOTION BY APPELLANT MITSUBISHI POWER SYSTEMS AMERICAS, INC. TO DISMISS THE APPEAL PURSUANT TO SETTLEMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(2), and further pursuant to the terms of a settlement under Federal Rule of Bankruptcy Procedure 9019 that was approved by the Bankruptcy Court in a final and non-appealable order signed December 11, 2006, Appellant Mitsubishi Power Systems Americas, Inc. moves to dismiss this appeal.

Counsel for Appellant is authorized to represent to the Court that Appellee Deltak LLC and Intervenor-Appellee the Official Committee of Unsecured Creditors, through their respective counsel, have each consented to this dismissal. Each party is to bear its own costs of this appeal.

Dated: December 11, 2006                    Respectfully submitted,

                                            /s/ Marc J. Phillips
                                            _____
                                            Marc J. Phillips (No. 4445)
                                            Connolly Bove Lodge & Hutz LLP
                                            The Nemours Building
                                            1007 North Orange Street
                                            Wilmington, Delaware 19801
                                            (302) 658-9141 (telephone)
                                            (302) 658-0380 (facsimile)
                                            mphillips@cblh.com

                                            -and-

                                            Filiberto Agusti
                                            Joshua R. Taylor
                                            Steptoe & Johnson LLP
                                            1330 Connecticut Ave, NW
                                            Washington, D.C. 20036
                                            (202) 429-3000 (telephone)
                                            (202) 429-3902 (facsimile)
                                            fagusti@steptoe.com
                                            jrtaylor@steptoe.com

                                            *Counsel for Appellant*
                                            *Mitsubishi Power Systems Americas, Inc.*

#504677v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Bankruptcy Case No. 06-11045 (BLS) |
| GLOBAL POWER EQUIPMENT | ) | Jointly Administered |
| GROUP INC., *et al.*, | ) | |
| Debtors. | ) | |
| | ) | |
| MITSUBISHI POWER SYSTEMS | ) | |
| AMERICAS, INC., | ) | Civil Action No. 06-687 (KAJ) |
| Appellant, | ) | |
| | ) | |
| v. | ) | Appeal from the United States Bankruptcy |
| | ) | Court for the District of Delaware |
| DELTAK, LLC, | ) | (The Hon. Brendan L. Shannon) |
| Appellee, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| OFFICIAL COMMITTEE OF | ) | |
| UNSECURED CREDITORS, | ) | |
| Intervenor-Appellee. | ) | |

## ORDER

AND NOW, upon consideration of the Consent Motion of Mitsubishi Power Systems Americas, Inc. to Dismiss the Appeal Pursuant to Settlement ("Motion"),

IT IS HEREBY ORDERED THAT the Motion is granted, and it is

FURTHER ORDERED THAT the above-captioned appeal is dismissed with prejudice.

_____
United States District Court Judge

#504639v1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 11th day of December, 2006, I caused a true and correct copy of the **Consent Motion by Appellant Mitsubishi Power Systems Americas, Inc. to Dismiss the Appeal Pursuant to Settlement** to be served in the manner indicated upon the following counsel:

**BY HAND DELIVERY**

Jeffrey M. Schlerf, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Adam G. Landis, Esq.
Kerri K. Mumford, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

Stuart M. Brown, Esq.
William E. Chipman, Jr., Esq.
Edwards Angell Palmer & Dodge LLP
919 North Market Street
Wilmington, DE 19801

Joseph McMahon, Esq.
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801

Mark Minuti, Esq.
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801

**BY TELEFAX AND U.S. MAIL**

Matthew C. Brown, Esq.
White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard, 49th Floor
Miami, FL 33131

Howard L. Siegel, Esq.
Brown Rudnick Berlack Israels LLP
City Place I
185 Asylum Street
Hartford, CT 06103

Steven D. Pohl, Esq.
John C. Elstad, Esq.
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111

Thomas S. Kiriakos, Esq.
Matthew Wargin, Esq.
Mayer, Brown, Rowe & Maw LLP
71 South Wacker
Chicago, IL 60606-4637

Edward S. Weisfelner, Esq.
Brown Rudnick Berlack Israels LLP
7 Times Square
New York, NY 10036

Jeffrey S. Sabin, Esq.
David M. Hillman, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

Marc J. Phillips (No. 4445)

#504644v1