IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GLOBAL POWER EQUIPMENT<br>GROUP INC., *et al.*,<br>       Debtors. | Chapter 11<br>Bankruptcy Case No. 06-11045 (BLS)<br>Jointly Administered |
| MITSUBISHI POWER SYSTEMS<br>AMERICAS, INC.,<br>       Appellant,<br><br>v.<br><br>DELTAK, LLC,<br>       Appellee,<br><br>and<br><br>OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS,<br>       Intervenor-Appellee. | Civil Action No. 06-687 (KAJ)<br><br>Appeal from the United States Bankruptcy<br>Court for the District of Delaware<br>(The Hon. Brendan L. Shannon) |

## ORDER

AND NOW, upon consideration of the Consent Motion of Mitsubishi Power Systems Americas, Inc. to Dismiss the Appeal Pursuant to Settlement ("Motion"),

IT IS HEREBY ORDERED THAT the Motion is granted, and it is

FURTHER ORDERED THAT the above-captioned appeal is dismissed with prejudice.

_____
United States District Court Judge

#504639v1